IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELMER McBRIDE                                                                                              PLAINTIFF

VS.                                            CASE NO. 12-CV-4064

TYSON FOODS, INC.                                                                                    DEFENDANT

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment.  (ECF No. 16).  Plaintiff has filed a response (ECF No. 22), and Defendant has filed a reply.  (ECF No 25).  The Court finds this matte ripe for consideration.  For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendant's motion for summary judgment (ECF No. 16) should be and hereby is **GRANTED**.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge